**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01104-LTB-CBS

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

       Plaintiff,

v.

CREATIVE FINANCIAL STAFFING, LLC, an Indiana corporation, and
CREATIVE FINANCIAL STAFFING OF COLORADO, INC., a Colorado corporation,

       Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice of All Claims Asserted Against Defendants Creative Financial Staffing, LLC and Creative Financial Staffing of Colorado, Inc. (Doc 14 - filed October 10, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:


                        __ s/Lewis T. Babcock_____
                        Lewis T. Babcock, Chief Judge

DATED: October 16, 2006